DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

10 JUNE 2015

| 433P14 | Cumberland County Hospital System, Inc., d/b/a Cape Fear Valley Medical Center v. North Carolina Department of Health and Human Services, Division of Health Service Regulation, Certificate of Need Section, et al. | Petitioner's PDR Under N.C.G.S. § 7A-31 (COA14-161) | Denied |
|---|---|---|---|
| 439P14 | State v. Malik Jaquez Walton | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA14-402)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. Def's Motion to Deem Notice of Appeal and PDR Timely Filed<br><br>4. Def's Petition in the Alternative for *Writ of Certiorari* to Review Decision of the COA | 1. Dismissed *ex mero motu*<br><br>2. Denied<br><br>3. Denied<br><br>4. Denied |
| 448P14 | Cumberland County Hospital System, Inc., d/b/a Cape Fear Valley Medical Center v. North Carolina Department of Health and Human Services, Division of Health Service Regulation, Certificate of Need Section, et al. | Petitioner's PDR Under N.C.G.S. § 7A-31 (COA14-160) | Denied |
| 449P14 | State v. Derick Johnelle Miles | Def's PDR Under N.C.G.S. § 7A-31 (COA14-458) | Denied |
| 455P14-2 | State v. Reginald Fullard | Def's *Pro Se* Motion to Appeal All Orders Entered in 455P14-1 | Dismissed |
| 469P14 | State v. James Cecil Pearce | 1. Def's *Pro Se* Motion for Notice of Appeal<br><br>2. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Decision of COA (COA13-1359) | 1. Dismissed *ex mero motu*<br><br>2. Denied<br><br>**Ervin, J., recused** |